IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**Brandon Kapp**,
Plaintiff,
v.

**Washington State Department of Veterans Affairs**,
Defendant.

Civil Action No. 1:25-cv-03058-SAB

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 1 2025

SEAN F. McAVOY, CLERK
YAKIMA, WASHINGTON

## COMPLAINT FOR DAMAGES

### (ADA Retaliation & Wrongful Termination)

Plaintiff Brandon Kapp, proceeding pro se, respectfully states as follows:

1. This action is brought under the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq., and applicable Washington State law, for retaliation and wrongful termination by the Washington State Department of Veterans Affairs ("WDVA").

2. Plaintiff was employed by WDVA in its Suicide Prevention Program as a Peer Specialist, providing outreach and support services to veterans across multiple counties in Washington.

3. On April 9, 2025, Plaintiff submitted a written request for reasonable accommodation under the ADA. The request sought that all communications with two supervisors (Don and Nicole) be conducted in writing due to escalating work-related anxiety and emotional distress.

4. Approximately ten minutes after submitting this protected request, Plaintiff was placed on administrative leave without explanation.

5. Plaintiff was subsequently locked out of internal communication systems and later blamed for being "unavailable," despite repeated email attempts to clarify his status and remain engaged.

6. During a period of active medical distress, Plaintiff was placed on Leave Without Pay. His ADA accommodation request was ignored and never formally acknowledged, in violation of federal law and agency policy.

7. On April 18, 2025, Plaintiff was formally terminated by personal email, without any evidence of the legally required interactive process or a legitimate, non-retaliatory basis for separation.

8. Plaintiff has preserved contemporaneous documentation, including emails, voicemails, call logs, internal messages, and medical records that substantiate the retaliation timeline and ADA request.

9. After being placed on leave, Plaintiff was contacted by HR Director Sarah Conly, who referenced a supposed "data breach" related to Plaintiff emailing documentation to himself—standard self-protective action that violated no known policy. This communication appeared intended to intimidate and discredit Plaintiff's efforts to preserve evidence.

10. Plaintiff has also observed a pattern of leadership turnover and abrupt reassignments within the Suicide Prevention Program and WDVA as a whole, suggesting broader systemic instability and a workplace culture that tolerates or perpetuates retaliation.

11. Based on personal experience and corroborating events affecting others, Plaintiff reasonably believes the agency has engaged in a pattern or practice of ADA violations and retaliation against employees who assert protected rights.

12. Plaintiff seeks the following relief:
    a. Compensatory damages
    b. Punitive damages
    c. Front pay
    d. Reasonable attorney's fees (upon retaining counsel)
    e. Any other relief this Court deems just and proper

13. Plaintiff reserves the right to amend or supplement this complaint upon securing legal representation or as discovery warrants.

**Respectfully submitted,**
Brandon Kapp
3112 Wrangler Dr
Ellensburg, WA 98926
(619) 517-6069
b-kapp@outlook.com
**Dated: April 30, 2025**