FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON KAPP,<br><br>                    Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>                 Defendant. | No. 1:25-cv-03058-SAB<br><br>**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e)** |

Before the Court are Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e), ECF No. 21, and related Motion to Expedite and for Indicative Ruling on Relief from Judgment, ECF No. 23. Plaintiff is proceeding *pro se*. Defendant is represented by Brian Baker. The motions were considered without oral argument.

Plaintiff brings these motions seeking to reopen the matter, arguing the Court committed procedural error by not considering the First Amended Complaint as the operative Complaint when it issued its Order Dismissing First Amended Complaint on June 12, 2025. ECF No. 20. Further, Plaintiff argues the Court should have dismissed Defendant's Motion to Dismiss as moot.

Plaintiff's arguments fail. The text of the Court's previous Order, ECF No. 20, specifically states "Defendant's Motion to Dismiss, ECF No. 10, is **DISMISSED as moot**." Further, the Court reviewed and dismissed the **First**

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e) ~ 1**

**Amended Complaint**, stating: "[T]he Court notes Plaintiff properly filed his First Amended Complaint, ECF No. 13, pursuant to Fed. R. Civ. P. 15(a) within 21 days of Defendant filing its Motion to Dismiss. This moots Defendant's Motion. However, the Court has reviewed the First Amended Complaint and now dismisses this matter for failure to state a claim upon which relief can be granted." *See* ECF No. 20.

The Court dismissed Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Therefore, Plaintiff's Motion to Alter or Amend Judgment is denied.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e), ECF No. 21, and related Motion to Expedite and for Indicative Ruling on Relief from Judgment, ECF No. 23, are **DENIED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide a copy to *pro se* Plaintiff and counsel, and **keep the filed closed.**

**DATED** this 23rd day of June 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e) ~ 2**